IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 11 Bankruptcy |
| --- | --- |
| VEROBLUE FARMS USA, INC., *et al* | Case No. 18-01297 |
| Debtors. | **DEBTORS' THIRD UPDATE TO STATUS REPORT** |

Debtors, through undersigned counsel, for their third Update to Status Report, respectfully submit the following:

1. According to information from Counsel for the Unsecured Creditors' Trust (which is administering the approximate $620,000 tendered to the Trust pursuant to the Plan), as of Thursday, September 19, 2019, the sum of $272,997.69 has been distributed to various creditors whose claims are not disputed or not subject to potential objection. Of course, reserves have been held for creditors whose claims may be subject to dispute or subject to potential objection. As it now stands, the percentage distribution to the various creditors is at approximately 12.9%.

2. The Trust has filed an omnibus claims objection, relative to creditors whose claims are disputed or are subject to potential objection.

/s/ Dan Childers

Dan Childers
Elderkin & Pirnie
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA 52401
Telephone: (319) 362-2137
Facsimile: (319) 362-1640
Email: dchilders@elderkinpirnie
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 3rd day of October, 2019, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System

Signed: _/s/ Laura E Moon_