IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FISHDISH, LLP,<br><br>   Appellant,<br><br>vs.<br><br>VEROBLUE FARMS USA, INC.,<br>BROADMOOR FINANCIAL, L.P.,<br>and ALDER AQUA, LTD.,<br><br>   Appellees. | CASE NO. 19-CV-3026-CJW-KEM<br><br>RECEIPT FOR<br>EXHIBITS |

Following the disposition of the above titled action, the following exhibits described as:

1. Fish Dish, LLC's Amended Witness and Exhibit List, and Exhibits F11, F12, F18, F19, F20, and F26 (1 folder);
2. Wulf, Hall and Reas' Witness and Exhibit List, and Exhibits 1 and 2 (1 binder);
3. VeroBlue Farms, Inc's Witness and Exhibit List, and Exhibits 1-4, 7, 111, 112, 116, 121, 126, 136, 138, 139 and 141 (1 binder)

have been released to _Danielle Cripe_ on this _7th_ day of _December_, 20_23_. Exhibits should be kept in their original form until termination of any appeal in this matter or otherwise advised by this court that they may be destroyed.

_Danielle Cripe_
Signature

_United States Bankruptcy Court -IANB_
Agency

_K Jorgensen_
Witness - Deputy Clerk